[No. 29511-7-III. Division Three. October 6, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID KAY DABOLL, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 90-1-00349-7, Bruce A. Spanner, J., entered November 15, 2010. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 64598-6-I. Division One. October 10, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. LESLIE W. STEPHENSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12180-8, Michael J. Fox, J., entered December 22, 2009. *Reversed* and *remanded* by unpublished opinion per Lau, J., concurred in by Leach, A.C.J., and Spearman, J.

[No. 65198-6-I. Division One. October 10, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD M. GRAY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-11936-6, Jim Rogers, J., entered March 29, 2010. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Becker and Ellington, JJ.

[No. 66048-9-I. Division One. October 10, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP JOHN PARKHURST, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-11841-6, Timothy A. Bradshaw, J., entered February 10, 2010. *Remanded* by unpublished per curiam opinion.